<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-6026**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MIGUEL PORQUIN,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CR-94-40)

───────────────

Submitted: March 25, 1999         Decided: March 31, 1999

───────────────

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Miguel Porquin, Appellant Pro Se. Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Miguel Porquin appeals the district court's order denying his motion to file an appeal out of time which it considered as a motion under 28 U.S.C. § 2255 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Porquin, No. CR-94-40 (E.D. Va. Dec. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED